IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**OLD REPUBLIC NATIONAL TITLE INSURANCE CO.,**

**Plaintiff,**

**v.**

**TRANSCONTINENTAL TITLE CO.,**

**Defendant.**                                                             Case No. 07-cv-638-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's Motion to Extend Stay (Doc. 12). For good cause, Plaintiff's Motion (Doc. 12) is **GRANTED**. Accordingly, all proceedings in this matter are hereby **STAYED** until this Court has received and decided Plaintiff's forthcoming Motion to Remand, at which time, the stay will be lifted. Additionally, should Plaintiff fail to timely file a Motion to Remand, the stay shall be lifted upon either party's motion or by the Court, *sua sponte*.

**IT IS SO ORDERED.**

Signed this 1st day of October, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**