IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**OLD REPUBLIC NATIONAL TITLE INSURANCE CO.,**

 **Plaintiff,**

v.

**TRANSCONTINENTAL TITLE CO.,**

 **Defendant.**          Case No. 07-cv-638-DRH

## ORDER

**HERNDON, Chief Judge:**

  Before the Court a Joint Motion to Stay Further Proceedings (Doc. 18). On October 1, 2007, the Court issued an Order (Doc. 13), granting Plaintiff's Motion to Extend Stay (Doc. 12), imposing a stay on all proceedings until this Court had received and decided Plaintiff's Motion to Remand. The parties now seek to stay all proceedings, including the decision on Plaintiff's Motion to Remand, while the instant matter and other related litigation pending in other Courts undergo mediation in the United States District Court of Massachusetts before United States Magistrate Judge Bowler (Doc. 18, ¶ 1).

  For good cause, said Motion (Doc. 18) is **GRANTED**. This case is hereby **STAYED** pending mediation efforts in the United States District Court of

Massachusetts. The parties shall advise the Court when the mediation has concluded <u>OR</u> file a Status Memorandum by January 31, 2008, whichever occurs earlier, so that the stay may be lifted.

**IT IS SO ORDERED.**

Signed this 13th day of November, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**