IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**OLD REPUBLIC NATIONAL TITLE**
**INSURANCE COMPANY,**

    **Plaintiff,**

v.

**TRANSCONTINENTAL TITLE**
**INSURANCE COMPANY,**

    **Defendant.**                                     **Case No. 07-cv-638-DRH**

## ORDER

**HERNDON, Chief Judge:**

      Pursuant to the Parties' Joint Status Memorandum (Doc. 25), it appears settlement of this matter if forthcoming, resolution obtained via mediation. However, the Parties claim that further time is needed to finalize written settlement agreements – at least until the end of June 2008. Thus, the Parties have requested a status hearing on this matter on July 14, 2008. The undersigned has an extended criminal on his docket in the month of July. For good cause, the Court hereby **CONTINUES** the **STAY** entered in this matter through **July 31, 2008**. Further, it hereby **REFERS** the matter to Magistrate Judge Proud to conduct the requested status hearing at

such date and time as he sees fit. The Court does not anticipate extending the stay further without recommendation from Judge Proud to do so.

**IT IS SO ORDERED**.

Signed this 29th day of May, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**