IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY,

    Plaintiff,

v.

TRANSCONTINENTAL TITLE
INSURANCE COMPANY,

    Defendant.                                 Case No. 07-cv-638-DRH

## ORDER

**HERNDON, Chief Judge:**

The Parties have filed their Stipulation of Dismissal (Doc. 29). Thus, the Court hereby **LIFTS THE STAY**, finds all pending motions to be moot and **ACKNOWLEDGES** said Stipulation. Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees. Additionally, the parties, by stipulation, waive any and all rights of appeal from the dismissal of this action.

**IT IS SO ORDERED**.

Signed this 17th day of July, 2008.

/s/    *David R Herndon*
**Chief Judge**
**United States District Court**